161 A.3d 762

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. L.D.D., DEFENDANT-RESPONDENT.

March 9, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003248–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

161 A.3d 762

KIEWANDA SHABAZZ–HENRY, PLAINTIFF–PETITIONER,
v. CITY OF NEWARK AND GERARD PIACENZA,
DEFENDANTS–RESPONDENTS.

March 9, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001833–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.